EDWARD C. RALPH, JR., Appellant, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Respondent.

(Argued October 5, 1877; decided November 13, 1877.)

*Samuel Hand*, for appellant.

*Winchester Britton*, for respondent.

Agree to affirm order of General Term and judgment absolute for defendant.

No opinion.

CHURCH, Ch. J., ALLEN and RAPALLO, JJ., concur. EARL, J., concurs on the ground that there was no negligence on the part of defendant. ANDREWS, J., dissents. FOLGER and MILLER. JJ., absent.

Order affirmed, and judgment accordingly.